IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOVITA L SIMS**                                                                                          PLAINTIFF

v.                              CASE NO. 4:22-CV-00169-BSM

**CENTRAL ARKANSAS VETERANS
HEALTHCARE SYSTEM,** *et al.*                                                         DEFENDANTS

## ORDER

Jovita Sims's complaint is dismissed without prejudice because she has failed to provide addresses service addresses for defendants. *See* Doc. No. 8. Her mail has also been returned as undeliverable, and she has not provided notice of her current mailing address. *See* Doc. No. 9. An appeal of this order will not be taken in good faith. Local Rule 5.5(c)(2); 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE